Dismissed and Memorandum Opinion filed January 12, 2006









Dismissed and Memorandum Opinion filed January 12,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01173-CV

____________

 

KENNETH W. DOUGHERTY,
Appellant

 

V.

 

J. DAVID YOUNG,
Appellee

 



 

On Appeal from County Civil Court
at Law No. 4

Harris County, Texas

Trial Court Cause No.
818809

 



 

M E M O R A N D U M  O P I N I O N

This appeal is from a judgment signed August 8, 2005.  The notice of appeal was filed on November
13, 2005.  To date, our records show that
appellant has neither established indigence nor 
paid the $125.00 appellate filing fee. 
See Tex. R. App. P. 5
(requiring
payment of fees in civil cases unless indigent); Tex. R. App.
P. 20.1 (listing requirements for establishing indigence); see also Order Regarding Fees Charged in Civil Cases in the Supreme Court
and the Courts of Appeals, Misc. Docket No. 98-9120 (Tex. Jul. 21, 1998)
(listing fees in court of appeals); Tex.
Gov=t Code Ann. ' 51.207 (Vernon 2005) (same). 








After being given the requisite ten-days= notice that this
appeal was subject to dismissal, appellant did not respond. 
See Tex. R. App. P.
42.3.  Accordingly, the appeal is ordered
dismissed.  See Tex. R. App. P. 42.3(c) (allowing
involuntary dismissal of case because
appellant has failed to comply with notice from clerk requiring response or
other action within specified time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed January 12, 2006.

Panel consists of Justices Fowler,
Edelman, and Guzman.